Clerk of Court,

Enclosed herein is a new complaint for violation of civil rights. I do not possess the Motion for IFP, accompanying affidavit, or the prisoner authorization forms. I ask the Court to mail me those forms that I may complete the process for IFP status to file the civil complaint without prepayment of fees.

6/1/21

Thanks,

Josh Schulte, pro se

*J. Schulte*

RECEIVED SDNY PRO SE OFFICE 2021 JUN -4 PM 2:47

P.S. Note that the MCC is currently delaying all mail from the Courts from reaching me for 4-6 weeks. There is a separate ongoing civil complaint to address this issue, but until it is resolved please allow 4-6 weeks until I receive any mail from this Court.