UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAM SCHULTE,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | 21-CV-4042 (JMF)<br>21-CV-4800 (JMF)<br>21-CV-5061 (JMF)<br>21-CV-5168 (JMF)<br>21-CV-5173 (JMF)<br>21-CV-5213 (JMF)<br>21-CV-5313 (JMF)<br>21-CV-5554 (JMF)<br>21-CV-5722 (JMF)<br>21-CV-5851 (JMF)<br>21-CV-5871 (JMF)<br>21-CV-6504 (JMF)<br><br>ORDER OF CONSOLIDATION |

JESSE M. FURMAN, United States District Judge:

On January 11, 2022, Defendants moved to consolidated Case Nos. 21-CV- 4042, 21-CV-4800, 21-CV-5061, 21-CV-5168, 21-CV-5173, 21-CV-5213, 21-CV-5313, 21-CV-5554, 21-CV-5722, 21-CV-5851, 21-CV-5871, and 21-CV-6504. *See* 21-CV-4042, ECF No. 17.

The Court finds that these actions involve common questions of law and fact and that consolidation will promote efficient resolution. Moreover, because the consolidated cases will "retain their separate identities," *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018), consolidation will not prejudice any party. Accordingly, for substantially the reasons stated in Defendants' letter, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the above-captioned cases will be consolidated under Case No. 21-CV-4042.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of the Court is directed to consolidate these cases under Case No. 21-CV-4042, and to close 21-CV-4800, 21-CV-5061, 21-CV-5168, 21-CV-5173, 21-CV-5213, 21-CV-5313, 21-CV-5554, 21-CV-5722, 21-CV-5851, 21-CV-5871, and 21-CV-6504.  **All future filings shall be made ONLY on the 21-CV-4042 docket.**  The Clerk of Court is further directed to terminate 21-CV-4042, ECF No. 17, and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   January 12, 2022
         New York, New York

_____
JESSE M. FURMAN
United States District Judge