UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAM SCHULTE,<br><br>                Plaintiff,<br><br>          -v-<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | 21 Civ. 4042 (JMF) |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the United States of America's Motion to Dismiss the Complaints, Defendant United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing the complaints in Nos. 21 Civ. 4042, 4800, 5061, 5168, 5173, 5213, 5313, 5554, 5722, 5851, 5871, and 6504 pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Date:  New York, New York
         February 3, 2022

                                                                  Respectfully submitted,

                                                                  DAMIAN WILLIAMS
                                                                  United States Attorney
                                                                  Southern District of New York

               By:    */s/ Tara Schwartz*
                         TARA SCHWARTZ
                         Assistant United States Attorneys
                         86 Chambers Street, 3rd Floor
                         New York, New York 10007
                         Telephone: (212) 637-2633
                         Email: tara.schwartz@usdoj.gov