**LINCOLN SQUARE LEGAL SERVICES, INC.**  | Fordham University School of Law  150 West 62nd Street, Ninth Floor  New York, NY 10023 | Tel 212-636-6934  Fax 212-636-6923

August 24, 2022

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

Re:     *Schulte v. United States v. Cordero, et al.*, 21-CV-4042 (JMF)

Dear Judge Furman:

This afternoon I filed a Notice of Appearance on behalf of Joshua Adam Schulte for the limited purpose of assisting him oppose the Government's motion to dismiss this action and those consolidated under this action pursuant to the Court's Order of January 12, 2022 (Docket No. 18). The opposition papers are currently due on September 9. As we have yet to meet with Mr. Schulte and must familiarize ourselves with the 12 consolidated cases' underlying facts and law, we request an extension of the opposition deadline to October 14. This is our first extension request. The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Attorney for Mr. Schulte*

cc:     Tara Schwartz
        Assistant United States Attorney
        By Email and ECF

Application GRANTED. Defendant's reply deadline is accordingly extended to **October 21, 2022**. The Clerk of Court is directed to terminate ECF No. 40.
SO ORDERED.

August 25, 2022