UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAM SCHULTE,

                        Plaintiff,

                -against-                                    21-CV-4042 (JMF)

                                                                ORDER

UNITED STATES OF AMERICA, *et al.*,

                        Defendants.

JESSE M. FURMAN, United States District Judge:

On September 6, 2022, the Court received a letter from Plaintiff, dated July 31, 2022. *See* ECF No. 42. The Court will treat the letter as a motion for an extension of time to file an Amended Complaint. Because Plaintiff has counsel for purposes of responding to Defendants' Motion to Dismiss — which encompasses the filing of any Amended Complaint — Plaintiff's request for an extension of time is DENIED. Additionally, Plaintiff is cautioned that continuing use of intemperate language of the sort included in the letter may result in sanctions.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated:    September 7, 2022
          New York, New York

                                                    _____
                                                        JESSE M. FURMAN
                                                    United States District Judge