UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAM SCHULTE,

               Plaintiff,

-v-

UNITED STATES OF AMERICA,

               Defendant.

21 Civ. 4042 (JMF)

## **DECLARATION OF BRIGGETTE ALVAREZ**

I, BRIGGETTE ALVAREZ, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am employed by the Federal Bureau of Prisons ("BOP") as a Legal Assistant at the Metropolitan Detention Center in Brooklyn, New York.

2. I submit this Declaration in connection with the United States of America's Motion to Dismiss the Amended Complaint filed by Joshua Schulte ("Plaintiff").

3. I base this Declaration on my personal knowledge and on information contained in SENTRY, the BOP's computerized inmate management program which contains, among other things, the BOP's files relating to Plaintiff.

4. A true and correct copy of the BP-A0943 "Small Claims for Property Damage or Loss" form dated December 6, 2018, which the BOP received on January 11, 2019 from Plaintiff, is attached as Exhibit A.

5. A true and correct copy of the SF-95 "Claim for Damage, Injury, or Death" form dated August 27, 2021, which the BOP received on September 22, 2021 from Plaintiff, is attached as Exhibit B.

2

6. The BOP has no record of Plaintiff filing any other SF-95 form or form claiming damages.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2023
   Brooklyn, New York

*/s/ Briggete Alvarez*
Briggete Alvarez