# EXHIBIT A

BP-A0943   **Small Claims for Property Damage or Loss (31 U.S.C. § 3723)** CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant (Register number, street, city, state, and zip code): |
|---|---|
| Unit 75 — to property office | Schulte, Joshua #79471054 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| 10/1/18 | 10 AM |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

When moving me from 75 to 9S, my AM/FM radio, associated AAA batteries, and white earphones were properly packed up and documented on a property form. Between this time and inventory the radio, batteries, and earphones were lost.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

Property Manager; inventory log, Photo

44.85
18.75
1.0
————
64.80

7) Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

See commissary list for price of AM/FM radio, AAA batteries, and white earphones ~ $70

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date | DATE RECEIVED FEDERAL BUREAU OF PRISONS REGIONAL COUNSEL OFFICE |
|---|---|---|
| [signature] Josh Schulte | 12/6/18 | JAN 11 2019 |

PDF                           Prescribed by PS 1320

NERO-PHILADELPHIA

