

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 24, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Schulte v. United States of America*, No. 21 Civ. 4042 (JMF)

Dear Judge Furman:

      This Office represents the United States of America (the "Government") in the above-referenced personal injury action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. We write to respectfully request a one-week extension of time, from May 25, 2023, to June 1, 2023, for the Government to file its reply papers in further support of its motion to dismiss the amended complaint.

      On April 27, 2023, the Government filed its motion to dismiss the amended complaint. ECF Nos. 54-56. On May 18, 2023, Plaintiff filed his opposition to the motion to dismiss the amended complaint. ECF Nos. 57-58.

      The Government respectfully requests a one-week extension, from May 25, 2023 to June 1, 2023, to file its reply in further support of its motion to dismiss. The reason for this request is that the Government is in the process of preparing its response and requires additional time to gather a supporting declaration.

      This is the Government's first request for an extension of time to file its reply in further support of its motion to dismiss the amended complaint. Counsel for Plaintiff consents to the requested extension.

      We thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/ *Amanda Lee*
        AMANDA LEE
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2781
        Email: Amanda.Lee2@usdoj.gov

cc: Plaintiff's Counsel (By ECF)