IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAM SCHULTE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Civ No. 1:21-cv-04042 |

**DECLARATION OF ELIJAH F. JENKINS**

In accordance with the provisions of 28 U.S.C. § 1746, I, Elijah F. Jenkins, hereby declare as follows with respect to the above-styled case:

1. I am employed as a Supervisory Technical Support Specialist within the United States Department of Justice (the Department), Washington, D.C. As such, I am familiar with the processing of administrative claims presented under 28 U.S.C. § 2672 to the Department, which are based on the activities of employees of the Department.

2. All administrative tort claims under the Federal Tort Claims Act pertaining to the Department's activities are handled by the Civil Division of the Department except for those claims specifically directed to activities of the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals Service, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

3. I have caused the appropriate Records Systems within the Civil Division of the Department to be searched and there is no record of an administrative claim being presented by Joshua Adam Schulte.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this **25th** day of May 2023, at Washington, D.C.

*Elijah F. Jenkins*

Digitally signed by ELIJAH JENKINS
Date: 2023.05.25 11:34:21 -04'00'

ELIJAH F. JENKINS
Supervisory Technical Support Specialist
Civil Division