UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE, :
:
Plaintiff, :
: 21-CV-4042 (JMF)
-v- :
: ORDER
UNITED STATES OF AMERICA, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    By separate Memorandum Opinion and Order entered today, the Court denied the Government's motion to dismiss Plaintiff Joshua Schulte's Amended Complaint.

    Although Schulte initiated this lawsuit (as multiple separate lawsuits) without counsel, he has been represented by *pro bono* counsel since 2022 for the limited purposes of opposing the Government's motions to dismiss and amending his pleadings. *See* ECF Nos. 38, 39, 48. In light of the Court's denial of the latest motion to dismiss, and the difficulties inherent in Schulte litigating this suit *pro se* while detained at USP Florence, the Court is inclined to appoint *pro bono* counsel for all purposes for the duration of the lawsuit. No later than **February 26, 2024**, *pro bono* counsel shall file a letter indicating whether they are willing to accept appointment as counsel for all purposes. No later than **March 8, 2024**, Schulte shall file any objection to such appointment. Once the matter of Schulte's representation is resolved, the Court will promptly schedule an initial pretrial conference so that this litigation can proceed.

    The Clerk of Court is directed to mail a copy of this Order to Schulte at the following address, which should now be reflected on the docket:

        Joshua Adam Schulte
        Reg. No. 79471-054
        USP Florence - High
        U.S. Penitentiary
        P.O. Box 7000
        Florence, CO 81226

SO ORDERED.

Dated: February 21, 2024
      New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge