UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE, :
:
                Plaintiff, :
: 21-CV-4042 (JMF)
  -v- :
: ORDER
UNITED STATES OF AMERICA, et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 16, 2024 Order, ECF No. 80, the parties were required to file a joint letter, the contents of which are described therein, by January 6, 2025. To date, the parties have not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2025**.

      SO ORDERED.

Dated: January 7, 2025
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge