```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSHUA ADAM SCHULTE,                                              :
                                                                  :
                           Plaintiff,                             :
                                                                  :         21-CV-4042 (JMF)
                 -v-                                              :
                                                                  :            ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record at the pretrial conference earlier today,

- The parties' request for extensions of the discovery deadlines is hereby GRANTED. The fact discovery deadline is extended to **July 18, 2025**, and the expert discovery deadline is extended to **August 15, 2025**.

- The parties shall appear for a conference with the Court on **July 22, 2025**, at **10:00 a.m.** Unless and until the Court indicates otherwise, the conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

- At that conference, the parties should be prepared to discuss (1) the need, if any, for expert discovery; (2) the briefing schedule for any motion for summary judgment; and (3) what, if anything, the Court can do to facilitate settlement.

SO ORDERED.

Dated: May 15, 2025
      New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge