

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 25, 2025

**By ECF**
The Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:   *Schulte v. United States*, 21 Civ. 4042 (JMF)

Dear Judge Furman:

    This Office represents defendant United States of America in the above-referenced matter. I write respectfully pursuant to Federal Rule of Civil Procedure 31(a)(2)(B) to request leave of Court to take the plaintiff's deposition by written questions. Counsel for plaintiff has kindly consented to this request.

    Thank you for your attention to this matter.

                                   Respectfully,

                                   JAY CLAYTON
                                   United States Attorney for the
                                   Southern District of New York

            By:    */s/ Jeffrey Oestericher*
                    JEFFREY OESTERICHER
                    Assistant United States Attorney
                    Tel.:   (212) 637-2695
                    Email: jeffrey.oestericher@usdoj.gov

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 98.

SO ORDERED.

*[signature]*

July 28, 2025