```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSHUA ADAM SCHULTE,                                              :
                                                                  :
                           Plaintiff,                             :
                                                                  :     21-CV-4042 (JMF)
             -v-                                                  :
                                                                  :         ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The call-in information for the conference scheduled for August 26, 2025, is changed as follows: The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

      SO ORDERED.

Dated: July 28, 2025
      New York, New York

                                                                 JESSE M. FURMAN
                                                        United States District Judge