UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAM SCHULTE,

                Plaintiff,

     -v-                            No. 21 Civ. 4042 (JMF)

UNITED STATES OF AMERICA,

                Defendant.

---

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; the Declaration of Tara Schwartz, dated February 18, 2026; the Declaration of Christopher Nobile, dated February 16, 2026; the Declaration of Robert Beaudouin, dated February 17, 2026; the Declaration of Norman Reid, dated February 17, 2026; the Declaration of Kenneth Alvarado, dated February 17, 2026; and all exhibits attached thereto, defendant United States of America (the "government"), by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby moves this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting summary judgment for the government.

PLEASE TAKE FURTHER NOTICE that, pursuant to a prior Order of the Court (ECF No. 111), Plaintiff's opposition to the government's motion for summary judgment and any cross-motion shall be served on or before March 20, 2026; the government's reply in further support of its motion for summary judgment and opposition to any cross-motion shall be served on or before April 17, 2026; and Plaintiff's reply in further support of any cross-motion shall be served on or before May 8, 2026.

Dated: February 18, 2026
       New York, New York

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney for the
                          Southern District of New York

By:    */s/ Tara Schwartz*
        TARA SCHWARTZ
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2633
        E-mail: tara.schwartz@usdoj.gov