BOP000706

# FBOP WO Tech
# Facility Minor Work Request
# NYM

**13607**
**PB01**

√ 334

**TO: FACILITY MANAGER**

| FROM: | NYM Correctional Services - SUPV | Custody | | THRU: | Captain //S// |
|---|---|---|---|---|---|
| | (Entered by:) | (Department) | (Phone) | | (Department Head Signature) |

Site: NYM   Building: 10TH   Location: 10 South - Housing Unit   Work Location: 10S

You are requested to perform the following work:

10S., When toilet is flushed it leaks a lot of water out from the under side

Cell z07-304

> If Applicable, ensure all safety precautions are followed to include but not limited to "Lockout/Tagout, Confined Space Entry, & Fall Protection"

Date Active: 11/3/2020   Status: ACTIV   Priority No: 2

TMS No.: **13607**   Facility Manager: C. Nobile
(Authorizing Signature)

You are authorized to perform the above work:

To Foreman: PB01 - PB01 - Alvarado, K.
Skill: Plumbing

Warden's signature for greater than $10,000

IF WORK ORDER WAS CREATED FROM A PM, ENTER PM WORK ORDER #:

List below all materials used:

| Description | Quantity | UOM | Unit Price | Total |
|---|---|---|---|---|
| wax seal | | | | $28.00 |

Grand Total: $28.00

> If Applicable, ensure that the equipment has a MWI label affixed in clear view and legible. MWI #:

☐ Asbestos Abatement is required or has been completed.
☐ FITARA process is required.

Foreman's Total Hours: 1
Date Completed: 11/23/2020

*Upon completion of work, complete form and return to the Facility Manager.*

Staff Signature

**Completion Comments:**

- Removed & Reset Toilet with new wax seal. Tested for leaks.

19