**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA ADAM SCHULTE<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 21-CV-4042 (JMF) |

**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; Plaintiff's Response to Government's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; the Declaration of Michael W. Martin, dated March 20, 2026; and all exhibits attached thereto, plaintiff Joshua Adam Schulte (the "Plaintiff"), by his attorneys, Michael W. Martin and Ian Weinstein of Lincoln Square Legal Services, Inc., hereby moves this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting summary judgment for the Plaintiff on liability as to the first two causes action, and judgment denying the defendant's motion for summary judgment in its entirety and such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to a prior Order of the Court (ECF No. 111), the government's reply in further support of its motion for summary judgment and

opposition to any cross-motion shall be served on or before April 17, 2026; and Plaintiff's reply

in further support of any cross-motion shall be served on or before May 8, 2026.


Dated:    March 20, 2026
          New York, New York

Respectfully submitted,

MICHAEL W. MARTIN
IAN WEINSTEIN
*Attorneys for Plaintiff*


By:    */s/ Michael W. Martin*
       MICHAEL W. MARTIN
       Lincoln Square Legal Services, Inc.
       150 W 62nd St, 9th Floor
       New York, New York 10023
       Tel.: (212) 636-6934
       E-mail: mwmartin@lsls.fordham.edu